IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WINFRED WILSON,

    Plaintiff,

v.       Civ. No. 08-582 JH/RLP

WARDEN ROBERT ULIBARRIE [*sic*],
*et al.* in their individual and official capacities,

    Defendant.

### ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration, which the Court will treat as objections to the Magistrate Judge's Report & Recommendation [Doc. 35]. Attached to Plaintiff's Motion is a "Motion for Timely Filed," indicating that he was in segregation and that is why he filed his objections one day late. *See* Doc. 36. The Court will treat the objections as timely filed. Having conducted a *de novo* review of the record, the Court finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

    _____
    Judith C. Herrera
    United States District Judge